**Simon VELASQUEZ–CANSINOS,**
**Petitioner,**

v.

**Loretta E. LYNCH, Attorney General**
**of the United States,**
**Respondent.**

No. 15–3669

United States Court of Appeals,
Eighth Circuit.

Submitted: September 6, 2016

Filed: October 5, 2016

---

1. The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

Simon Velasquez–Cansinos, Pro Se.

Karen Yolanda Drummond, Jesse David Lorenz, Carl H. McIntyre, Kohsei Ugumori, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, for Respondent.

Before COLLOTON, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Guatemalan citizen Simon Velasquez–Cansinos petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's denial of his application for withholding of removal. After careful consideration, we conclude that substantial evidence in the record as a whole supports the agency's determination that Velasquez–Cansinos failed to establish a clear probability of persecution in Guatemala due to a protected ground. *See Ezeagwu v. Mukasey*, 537 F.3d 836, 839 (8th Cir. 2008). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.